[No. 22922-2-I.   Division One.   October 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN MICHAEL PENNINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-02366-9, John W. Riley, J., entered August 18, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Webster, J.

[No. 21652-0-I.   Division One.   October 4, 1989.]

PUBLIC EMPLOYMENT RELATIONS COMMISSION, ET AL, *Respondents*, v. THE MUNICIPALITY OF METRO-POLITAN SEATTLE, *Appellant*.

INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, LOCAL 17, AFL-CIO, ET AL, *Respondents*, v. THE MUNICIPALITY OF METROPOLITAN SEATTLE, *Appellant*.

Appeal from judgments of the Superior Court for King County, Nos. 86-2-22541-2, 84-2-14183-2, James D. McCutcheon, Jr., J., entered January 8, 1988. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Pekelis and Winsor, JJ.